**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                          September 11, 2012
Courtroom Deputy:   J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No. 12-cv-02366-RPM

| | |
|---|---|
| TRAC CHARITABLE REMAINDER TRUST, | George V. Berg, Jr. |
| | Kathleen T. Alt |
| Plaintiff, | |
| v. | |
| MICROSEISMIC, INC. and | Ronald L. Oran |
| PETER M. DUNCAN, PH.D., | Angela L. Little |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Status Conference**

**9:48 a.m.        Court in session.**

Discussion and argument by counsel regarding plaintiff's motion for remand.

Court's comments regarding knowledge of pleadings filed in underlying state case and Rule 11.

**ORDERED:    Plaintiff's Motion for Remand [7], is granted.**

**9:56 a.m.        Court in recess.**

Hearing concluded.  Total time: 8 min.